UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 14-5280-JFW (VBKx)**                                      Date: February 12, 2015

Title:      Andrew Boulton -v- Innovative Student Housing LLC, et al.

---

**PRESENT:**

       HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
    None                                                                   None

**PROCEEDINGS (IN CHAMBERS):**   ORDER TO SHOW CAUSE WHY COUNSEL SHOULD NOT BE SANCTIONED AND THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO CONDUCT SETTLEMENT CONFERENCE

      In the Court's August 8, 2014 Scheduling and Case Management Order ("CMO"), the Court set February 3, 2015 as the last day to conduct a Settlement Conference and February 10, 2015 as the last day to file a Joint Report Re: Results of Settlement Conference ("Joint Report").  On February 10, 2015, the parties filed a Joint Report advising that they have unilaterally decided not to conduct the Settlement Conference by the Court ordered deadline of February 3, 2015.

      Accordingly, the parties are ordered to show cause in writing by **February 17, 2015** why the Court should not impose sanctions in the amount of $1,500.00 against each lead counsel for their violation of the Court's order and why this action should not be dismissed.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions and the dismissal of this action.

      IT IS SO ORDERED.

Initials of Deputy Clerk   sr